UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LORETTA M. DUNCAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 3:16-cv-00031-RLY-MPB |
| VECTREN CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this 15th day of September 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

By U.S. Mail:
Loretta M. Duncan
9849 State Route 1078 N
Henderson, KY  42420